# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: ROBSON, JOSEPH D. § Case No. 8-14-70540-AST
     ROBSON, LAURA § 
  § 
  § 
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 12, 2014. The undersigned trustee was appointed on February 12, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     63,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5,106.94 |
| Bank service fees | 2,293.58 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 56,099.48 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/19/2014 and the deadline for filing governmental claims was 08/11/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,425.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,425.00, for a total compensation of $6,425.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2019          By: /s/ROBERT PRYOR , TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-14-70540-AST  **Trustee:** (520570) ROBERT PRYOR , TRUSTEE
**Case Name:** ROBSON, JOSEPH D.  **Filed (f) or Converted (c):** 02/12/14 (f)
ROBSON, LAURA  **§341(a) Meeting Date:** 03/13/14
**Period Ending:** 10/29/19  **Claims Bar Date:** 12/19/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  SINGLE FAMILY RESIDENCE LOCATED AT 8 GULL DIP RO | 352,019.00 | 0.00 | | 0.00 | FA |
| 2  SINGLE FAMILY RESIDENCE HOME LOCATED AT 2501 SIM | 410,493.00 | 45,385.38 | | 0.00 | FA |
| 3  VACANT LAND; LOTS 13, 14, 15 & 16 LOCATED AT EVE | 72,000.00 | 72,000.00 | | 45,000.00 | FA |
| 4  CASH | 0.00 | 0.00 | | 0.00 | FA |
| 5  FINANCIAL ACCOUNTS | 416.96 | 416.96 | | 0.00 | FA |
| 6  FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 7  HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 8  WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 9  INSURANCE POLICIES | 11,597.77 | 0.00 | | 0.00 | FA |
| 10  PENSION / PROFIT SHARING | 123,400.07 | 0.00 | | 0.00 | FA |
| 11  STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 12  CONTINGENT CLAIMS | 2,322.00 | 322.00 | | 0.00 | FA |
| 13  VEHICLES  1995 Subaru Impresa | 675.00 | 0.00 | | 0.00 | FA |
| 14  VEHICLES 2004 Harley Davidson | 7,005.00 | 3,005.00 | | 0.00 | FA |
| 15  VEHICLES  2007 Heavy Trailer | 1,995.00 | 1,995.00 | | 0.00 | FA |
| 16  Joes Underground  (u)  100% interest in Joe's underground Utilities, Inc. | 0.00 | 17,000.00 | | 18,500.00 | FA |
| **16  Assets  Totals** (Excluding unknown values) | **$982,673.80** | **$140,124.34** | | **$63,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

October 25, 2019  emailed and then spoke to Geraldine Wolk accountant . We will proceed to do TFR --We had been waiting for the prompt determination letter from the airs but after many phone calls and letters they do not appear to be sending out one in this case.  July 19, 2019 Wrote to Genraldine Wolk to see if she received the predetermination 60 days from the IRS.

ANDREAS CASE  May 20, 209  2017 tax returns which were previously submitted wee resubmitted today.

May 15, 2019  Waiting for the prompt determination of taxes filed by  Eisner amper.

January 11, 2019  Ms. Wolk tried to get to talk to the IRS but they are furloughed and we have to wait .  We do not have an answer for this caswe yet from the IRS.

October 18, 2018  Had a conference call with Geraldine Wolk, trying to speak to taxing authorities.

January 4, 2018  Waiting 60 days for tax returns  Should be end of January .  November 20, 2017  The tax return was filed in this case and now we will need to wait

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-14-70540-AST  
**Case Name:** ROBSON, JOSEPH D.  
ROBSON, LAURA  
**Period Ending:** 10/29/19

**Trustee:** (520570)   ROBERT PRYOR , TRUSTEE  
**Filed (f) or Converted (c):** 02/12/14 (f)  
**§341(a) Meeting Date:** 03/13/14  
**Claims Bar Date:** 12/19/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

sixty days predetermination before we do the TFR.

September 13, 2017  Eisner Amper was just retained to prepare tax returns in this case.

June 27, 2017  Contacted Jason Gold to notify him that the check went stale for Franklin County Taxes.

May 15, 2017  Geraldine Wolk the accountant is looking into  seeing if there are capital gains.

March 27, 2017  Money was wired in for the sale of the North Carolina property.

November 30, 2016  Still trying to sell property without the permits in North Carolina.

September 14, 2016  Sale of property in N. Carolina has a problem.  In North Carolina septic tanks have restrictions.  This house does not meet up to standards so it is just land to sel for horse grazing.  Probably will not make enough money on the sale to persue.

May 4, 2016  Possible sale of the property in North Carolina.  Waiting to hear.

March 10, 2016  An offer is pending on the property in North Carolina.

January 13, 2016  Possible sale of property in June of 2016.  Michael Farina is working with a broker.October 8, 2015 The   Trustee is trying to liquidate four unencumbered lots in North Carolina.  There has been no movement in the market to sell these properties

4/2/15  There are vacant lots that the Trustee is investigating selling for the benefit of creditors. Property needs to be sold in North Carolina

2/6/15  Need to sell property in North Carolina Michael's case.

9/18/14 Initial payment received and deposited. Debtors will be paying $18,500.00 to buy the interest in Joe's Underground.  Investigating properties in North Carolina.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015          **Current Projected Date Of Final Report (TFR):**     October 31, 2019

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8-14-70540-AST  
**Case Name:** ROBSON, JOSEPH D.  
ROBSON, LAURA  
**Taxpayer ID #:** **-***6361  
**Period Ending:** 10/29/19  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Empire National Bank  
**Account:** ******6187 - Checking Account  
**Blanket Bond:** $69,289,805.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/14 | {16} | ROBSON, JOSEPH D. | SETTLEMENT | 1229-000 | 1,500.00 | | 1,500.00 |
| 10/01/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| 11/03/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,480.00 |
| 11/05/14 | | Empire National Bank | Transfer to Rabobank, N.A. | 9999-000 | | 1,480.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,500.00** | **1,500.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 1,480.00 | |
| | | | **Subtotal** | | **1,500.00** | **20.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500.00** | **$20.00** | |

{} Asset reference(s)

Printed: 10/29/2019 02:43 PM    V.14.50

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-70540-AST  
**Case Name:** ROBSON, JOSEPH D.  
ROBSON, LAURA  
**Taxpayer ID #:** **-***6361  
**Period Ending:** 10/29/19  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/14 | {16} | Richard J. Kaufman, Esq. | Payment from Debtor's attorney for Joe's Underground | 1229-000 | 17,000.00 | | 17,000.00 |
| 11/05/14 | | Rabobank, N.A. | Transfer from Empire National Bank | 9999-000 | 1,480.00 | | 18,480.00 |
| 01/05/15 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2015 FOR CASE #14-70540, Bond#016027942----01/01/15 to 01/01/16 | 2300-000 | | 9.33 | 18,470.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.57 | 18,444.10 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.76 | 18,419.34 |
| 03/24/15 | | INTERNATIONAL SURETIES, LTD | bond refund | 2300-000 | | -1.88 | 18,421.22 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.25 | 18,392.97 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.45 | 18,366.52 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.53 | 18,340.99 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.13 | 18,312.86 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.21 | 18,285.65 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.42 | 18,260.23 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.01 | 18,232.22 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.22 | 18,206.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.31 | 18,180.69 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.76 | 18,151.93 |
| 01/05/16 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2016 FOR CASE #14-70540, Bond # 016027942  Term 1/1/16-1/1/17 | 2300-000 | | 7.43 | 18,144.50 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.16 | 18,119.34 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.12 | 18,094.22 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.55 | 18,065.67 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.04 | 18,040.63 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.01 | 18,015.62 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.42 | 17,987.20 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.94 | 17,962.26 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.34 | 17,933.92 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.72 | 17,908.20 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.82 | 17,883.38 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.36 | 17,856.02 |
| 12/29/16 | 10103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2016 FOR CASE | 2300-004 | | 4.11 | 17,851.91 |

Subtotals :        $18,480.00         $628.09

{} Asset reference(s)                                                                                                   Printed: 10/29/2019 02:43 PM    V.14.50

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-70540-AST  
**Case Name:** ROBSON, JOSEPH D.  
ROBSON, LAURA  
**Taxpayer ID #:** **-***6361  
**Period Ending:** 10/29/19  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #14-70540, 016027942<br>Voided on 12/30/16 | | | | |
| 12/30/16 | 10103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2016 FOR CASE #14-70540, 016027942<br>Voided: check issued on 12/29/16 | 2300-004 | | -4.11 | 17,856.02 |
| 12/30/16 | 10104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #14-70540, Invoice # Bond#016027942 01/01/17 to 01/01/18<br>Voided on 12/30/16 | 2300-004 | | 5.18 | 17,850.84 |
| 12/30/16 | 10104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #14-70540, Invoice # Bond#016027942 01/01/17 to 01/01/18<br>Voided: check issued on 12/30/16 | 2300-004 | | -5.18 | 17,856.02 |
| 12/30/16 | 10105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #14-70540, Bond#016027942<br>Voided on 12/30/16 | 2300-004 | | 5.18 | 17,850.84 |
| 12/30/16 | 10105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #14-70540, Bond#016027942<br>Voided: check issued on 12/30/16 | 2300-004 | | -5.18 | 17,856.02 |
| 12/30/16 | 10106 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #14-70540, Bond#016027942 | 2300-000 | | 5.18 | 17,850.84 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.61 | 17,825.23 |
| 01/23/17 | {3} | Tiznbo Xu | This is a deposit towards $45,000 payment for the property in North Carolina | 1110-000 | 4,500.00 | | 22,325.23 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.85 | 22,296.38 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.93 | 22,266.45 |
| 03/21/17 | 10107 | Franklin County Revenue Department | Unpaid Real Estate taxes for 2014-2016<br>Stopped on 06/26/17 | 2820-005 | | 3,041.77 | 19,224.68 |
| 03/21/17 | 10108 | Tianbo Xu and Zhenxu Tang | Unpaid Real Estate Taxes 1/1/17-32217 | 2820-000 | | 198.98 | 19,025.70 |
| 03/23/17 | {3} | Robson from Gold Law PA/Select Bank &Trust | Balance on property in carolina | 1110-000 | 40,500.00 | | 59,525.70 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.61 | 59,477.09 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.92 | 59,393.17 |

Subtotals :       $45,000.00       $3,458.74

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 8-14-70540-AST  
**Case Name:** ROBSON, JOSEPH D.  
ROBSON, LAURA  
**Taxpayer ID #:** **-***6361  
**Period Ending:** 10/29/19  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.78 | 59,294.39 |
| 06/26/17 | 10107 | Franklin County Revenue Department | Unpaid Real Estate taxes for 2014-2016 Stopped: check issued on 03/21/17 | 2820-005 | | -3,041.77 | 62,336.16 |
| 06/27/17 | 10109 | Century 21 Hancock Properties | As per Order 6/7/17 Docket #56 | 3520-000 | | 1,800.00 | 60,536.16 |
| 06/27/17 | 10110 | Franklin County Reserve Department | Unpaid Real Estate Taxes from 2014-2016 | 2820-000 | | 3,041.77 | 57,494.39 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.66 | 57,404.73 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.26 | 57,323.47 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.70 | 57,232.77 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.57 | 57,153.20 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.68 | 57,065.52 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.08 | 56,983.44 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.22 | 56,904.22 |
| 01/03/18 | 10111 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #14-70540, Bond#16027942  Term 01/01/18-01/01/19 | 2300-000 | | 21.73 | 56,882.49 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.00 | 56,792.49 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.24 | 56,716.25 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.57 | 56,634.68 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.74 | 56,555.94 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.48 | 56,466.46 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.50 | 56,387.96 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.51 | 56,301.45 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.67 | 56,217.78 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.12 | 56,174.66 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.78 | 56,123.88 |
| 01/03/19 | 10112 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #14-70540 | 2300-000 | | 24.40 | 56,099.48 |
| 01/03/19 | 10113 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #14-70540 Voided on 01/04/19 | 2300-004 | | 24.40 | 56,075.08 |
| 01/03/19 | 10114 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #14-70540 Voided on 01/04/19 | 2300-004 | | 24.40 | 56,050.68 |

Subtotals :       $0.00       $3,342.49

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 8-14-70540-AST  
**Case Name:** ROBSON, JOSEPH D.  
ROBSON, LAURA  
**Taxpayer ID #:** **-***6361  
**Period Ending:** 10/29/19

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/19 | 10113 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #14-70540<br>Voided: check issued on 01/03/19 | 2300-004 | | -24.40 | 56,075.08 |
| 01/04/19 | 10114 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #14-70540<br>Voided: check issued on 01/03/19 | 2300-004 | | -24.40 | 56,099.48 |
| | | | **ACCOUNT TOTALS** | | **63,480.00** | **7,380.52** | **$56,099.48** |
| | | | Less: Bank Transfers | | 1,480.00 | 0.00 | |
| | | | **Subtotal** | | **62,000.00** | **7,380.52** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$62,000.00** | **$7,380.52** | |

| | |
|---|---|
| Net Receipts : | 63,500.00 |
| Net Estate : | $63,500.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6187 | 1,500.00 | 20.00 | 0.00 |
| Checking # ******4466 | 62,000.00 | 7,380.52 | 56,099.48 |
| | **$63,500.00** | **$7,400.52** | **$56,099.48** |

{} Asset reference(s)

Printed: 10/29/2019 02:43 PM    V.14.50

# Court Claims Register--Exhibit C

## Case:  8-14-70540-AST     ROBSON, JOSEPH D.

Claims Bar Date:   12/19/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | HSBC Bank USA, N.A. c/o PHH Mortgage Corporation 2001 Bishops Gate Blvd. Mt. Laurel, NJ 08054 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 11/06/14 | | $100,565.86 $0.00 | $0.00 | $0.00 |
| | ROBERT PRYOR , TRUSTEE 675 OLD COUNTRY ROAD WESTBURY, NY 11590-4513 <2100-00   Trustee Compensation>,  200 | Admin Ch.  7 02/12/14 | | $6,425.00 $6,425.00 | $0.00 | $6,425.00 |
| | PRYOR & MANDELUP, L.L.P. 675 OLD COUNTRY ROAD Westbury, NY 11590 <3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7 02/12/14 | | $21,625.00 $21,265.00 | $0.00 | $21,265.00 |
| | Meyer Meinberg <3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7 02/12/14 | | $0.00 $0.00 | $0.00 | $0.00 |
| | PRYOR & MANDELUP, L.L.P. 675 OLD COUNTRY ROAD Westbury, NY 11590 <3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7 02/12/14 | | $73.91 $73.91 | $0.00 | $73.91 |
| | Eisner Amper LLP 6900 Jericho Turnpike Suite 312 Syosset, NY 11791 <3310-00   Accountant for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7 02/12/14 | | $8,175.00 $8,175.00 | $0.00 | $8,175.00 |
| 2 | New York State Department of Taxation & Finance Bankruptcy Section P O Box 5300 Albany, NY 12205-0300 <5800-00   Claims of Governmental Units>,  570 | Priority 10/07/14 | | $6,145.00 $6,145.00 | $0.00 | $6,145.00 |
| 1 | Ford Motor Credit Company LLC P. O. Box 62180 Colorado Springs, CO 80962 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/03/14 | | $16,794.22 $16,794.22 | $0.00 | $16,794.22 |
| 3 | Gerald &Paulette Sherlock c/o Goldberg & Connolly 66 North Village Avenue Rockville Centre, NY 11570 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/10/14 | | $120,876.70 $120,876.70 | $0.00 | $120,876.70 |
| | | | **Case Total:** | | **$0.00** | **$179,754.83** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 8-14-70540-AST
Case Name: ROBSON, JOSEPH D.
Trustee Name: ROBERT PRYOR , TRUSTEE

**Balance on hand:**  $ 56,099.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | HSBC Bank USA, N.A. | 100,565.86 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 56,099.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ROBERT PRYOR , TRUSTEE | 6,425.00 | 0.00 | 6,425.00 |
| Attorney for Trustee, Fees - PRYOR & MANDELUP, L.L.P. | 21,265.00 | 0.00 | 21,265.00 |
| Attorney for Trustee, Expenses - Meyer Meinberg | 0.00 | 0.00 | 0.00 |
| Accountant for Trustee, Fees - Eisner Amper LLP | 8,175.00 | 0.00 | 8,175.00 |
| Attorney for Trustee Expenses - PRYOR & MANDELUP, L.L.P. | 73.91 | 0.00 | 73.91 |

Total to be paid for chapter 7 administration expenses: $ 35,938.91
Remaining balance: $ 20,160.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,160.57

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,145.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | New York State Department of Taxation & Finance | 6,145.00 | 0.00 | 6,145.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 6,145.00 |
| Remaining balance: | $ | 14,015.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,670.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 16,794.22 | 0.00 | 1,709.73 |
| 3 | Gerald &Paulette Sherlock | 120,876.70 | 0.00 | 12,305.84 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 14,015.57 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**